FENNEMORE CRAIG, P.C.
Christine Burns (No. 17108)
Alexandra E. DeArman-Miller (No. 036394)
2394 E. Camelback Road
Suite 600
Phoenix, Arizona 85016
Telephone: (602) 916-5000
Email: cburns@fennemorelaw.com
Email: amiller@fennemorelaw.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Sharon Wallce,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>The Kroger Co., and Smith's Food & Drug Centers, Inc., d/b/a Fry's Food and Drug,<br><br>　　　　　Defendant. | No. CV-23-00917-PHX-SRB<br><br>**MOTION FOR ENTRY OF JUDGMENT** |

　　　　Defendant Smith's Food & Drug Centers, Inc. d/b/a Fry's Food Stores of Arizona, Inc., respectfully moves this Court to enter final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

　　　　On June 3, 2025, the Court entered an Order granting Defendant's Motion for Sanctions and dismissing Plaintiff Sharon Wallace's Complaint with prejudice. (Doc. 100) No separate document setting forth final judgment has been entered on the docket, as required by Rule 58(a) of the Federal Rules of Civil Procedure.

　　　　Federal Rule of Civil Procedure 58(a) requires every judgment to be set out in a separate document, unless disposing of a motion under Rules 50(b), 52(b), 54, 59, or 60 – none of which are applicable here. Because the Court's June 3, 2025 Order dismissed all of Plaintiff's claims, with prejudice, a separate judgment is required.

1   Entry of final judgment is necessary to finalize the proceedings and will enable
2   Defendant to resubmit its Bill of Costs, which was previously denied due to the absence of
3   a final judgment. Accordingly, Defendant respectfully requests that the Court direct the
4   Clerk to enter judgment in a separate document pursuant to Rule 58(d).

DATED this 21st day of July, 2025.

FENNEMORE CRAIG, P.C.


By: */s/C. Christine Burns*
Christine Burns
Alexandra E. Miller
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Sharon Wallace
1947 Wes Del Oro Lane
Yuma, Arizona 85364
Doodgle051@yahoo.com


*/s/ Carolyn Galbreath*