UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Sharon Wallace,<br><br>            Plaintiff,<br><br>    v.<br><br>The Kroger Co., and Smith's Food & Drug Centers, Inc., d/b/a Fry's Food and Drug,<br><br>            Defendant. | No. CV-23-00917-PHX-SRB<br><br>**FINAL JUDGMENT** |

    The Court has considered Defendant Smith's Food & Drug Centers, Inc., d/b/a Fry's Food and Drug's Motion for Entry of Final Judgment against Plaintiff Sharon Wallace, and good cause appearing therefore,

    **IT IS HEREBY ORDERED, AJUDGED, AND DECREED** entering Final Judgment in favor of Defendant Smith's Food & Drug Centers, Inc., d/b/a Fry's Food Stores of Arizona, Inc., and against Plaintiff Sharon Wallace.

    Dated this 14th day of August, 2025.

_____
Susan R. Bolton
United States District Judge

FENNEMORE CRAIG, P.C.
ATTORNEYS AT LAW
PHOENIX